B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)   Case Number 15−66722−mgd

## United States Bankruptcy Court for the Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

**A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/31/15.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Candis Ranay Tanner
 113 Gum Tree Trail
 Covington, GA 30016

| Case Number:<br>**15−66722−mgd** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3859 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Shannon D Sneed<br>Shannon D. Sneed & Associates PC<br>2112 Lee Street<br>P. O. Box 1245<br>Covington, GA 30015<br>Telephone number:  (770) 788−0011 | Bankruptcy Trustee (name and address):<br>Jason L. Pettie<br>Suite 150 – One Decatur Town Center<br>150 E. Ponce de Leon Avenue<br>Decatur, GA 30030<br>Telephone number:  (404) 638−5984 |

### Meeting of Creditors

Date:  **October 7, 2015**                                                                  Time:  **09:00 AM**

Location:  **Third Floor − Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):**  Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return.This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/7/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
#### Creditor with a Foreign Address:
Creditors receiving this notice at a foreign address should read "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number:  404−215−1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 4:00 PM | Date:  9/2/15 |

**EXPLANATIONS**　　　　　　　　　　　　　　　　　　　　　　　　B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.   (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, and after the initial greeting, press #, then enter 18 (court code) for Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

You may visit the Bankruptcy Court to view case information free of charge. Case information may then be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet at www.pacer.gov. The cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document..

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                          Case No. 15-66722-mgd
Candis Ranay Tanner                                                             Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113E-9          User: slaterc                Page 1 of 2               Date Rcvd: Sep 02, 2015
                              Form ID: b9a                 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2015.
db          +Candis Ranay Tanner,   113 Gum Tree Trail,   Covington, GA 30016-1848
19300559    +Comcast Service Center,   2385 Wesley Chapel Square Ste 100,   Decatur, GA 30035-2803
19300560    +Cornerstone Acceptance,   3741 S Nova Road,   Port Orange, FL 32129-4233
19300564    +Enhanced Recovery Corporation,   P.O. Box 57547,   Jacksonville, FL 32241-7547
19300565    +Georgia Emergency Physicians,   5126 Hospital Dr NE,   Covington , GA 30014-2566
19300566     Guaranty Bank,   1745 Flat Shoals Rd. SE,   Conyers, GA 30013
19300568    +Mary Hall,   10 Jim Alexander Road,   McDonough, GA 30253-6458
19300573    +Service Loan Company,   2166 Salem Rd Se,   Conyers , GA 30013-1824
19300574     Service Loan Company,   2166 Salem Rd,   Covington , GA 30016
19300577    +Stellar Recovery,   1327 Hwy 2 West,   Suite 100,   Kalispell, MT 59901-3413
19300578    +Title Max,   3194 Highway 278 NE,   Covington, GA 30014-2300
19300581    ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
             (address filed with court:  US Department of EDU AFSA,   P.O. Box 7202,   Utica, NY 13504-7202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bankruptcy@sneedlaw.net Sep 02 2015 20:54:30     Shannon D Sneed,
               Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,   Covington, GA  30015
tr           +EDI: FJLPETTIE.COM Sep 02 2015 20:28:00     Jason L. Pettie,
               Suite 150 - One Decatur Town Center,   150 E. Ponce de Leon Avenue,   Decatur, GA 30030-2543
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 02 2015 20:55:44
               Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
19300555     +EDI: ACBK.COM Sep 02 2015 20:28:00     American Credit Acceptance,   961 E Main St 2nd Floor,
               Spartanburg , SC 29302-2185
19300556      E-mail/Text: External.Collections@phoenix.edu Sep 02 2015 20:56:47     Apollo Group Inc.,
               dba University of Phoenix,   4615 E Elwood Street,   Phoenix, AZ 85040-1908
19300557     +EDI: CMIGROUP.COM Sep 02 2015 20:33:00     Charter Communications,   4200 International Pkwy,
               Carrollton , TX 75007-1912
19300558     +E-mail/Text: dstiles@cityofcovington.org Sep 02 2015 20:56:18     City of Covington,
               2194 Emory St NW,   Covington, GA 30014-2216
19300561      EDI: CMIGROUP.COM Sep 02 2015 20:33:00     Credit Management LP,   4200 International Parkway,
               Carrollton, TX 75007-1912
19300562     +E-mail/Text: amask@darnelrecovery.com Sep 02 2015 20:56:51     Darnel Quick Recovery,
               4134 Highway 278 N,   Covington, GA 30014-2494
19300563      E-mail/Text: electronicbkydocs@nelnet.net Sep 02 2015 20:56:01     Dept of Ed_Nelnet,
               121 S 13th Street,   Lincoln, NE 68508-1904
19300567     +E-mail/Text: kershloan@att.net Sep 02 2015 20:56:18     Kersh Loan And Finance,
               1185 West Ave SW,   Conyers , GA 30012-5280
19300569     +E-mail/Text: bizoffice@newtonlibrary.org Sep 02 2015 20:54:39     Newton County Library System,
               7116 Floyd St NE,   Covington, GA 30014-1572
19300570     +E-mail/Text: kw@ncwsa.us Sep 02 2015 20:56:03     Newton County Water And Sewer,
               11325 Brown Bridge Rd,   Covington , GA 30016-3368
19300571     +E-mail/Text: amask@darnelrecovery.com Sep 02 2015 20:56:51     Newton Medical Center,
               5126 Hospital Dr NE,   Covington, GA 30014-2566
19300572     +EDI: HCA2.COM Sep 02 2015 20:33:00     Rockdale Medical Center,   1412 Milstead Ave,
               Conyers , GA 30012-3899
19300576      EDI: NEXTEL.COM Sep 02 2015 20:28:00     Sprint,   P.O. Box 4191,   Carol Stream, IL 60197-4191
19300575     +E-mail/Text: vmoon@ssemc.com Sep 02 2015 20:54:41     Snapping Shoals EMC,
               14750 Brown Bridge Rd,   Covington , GA 30016-4113
19300579     +E-mail/Text: ebn@unique-mgmt.com Sep 02 2015 20:56:29     Unique National Collections,
               119 E Maple Street,   Jeffersonville, IN 47130-3439
19300580     +E-mail/Text: External.Collections@phoenix.edu Sep 02 2015 20:56:47     University Of Phoenix,
               4615 E Elwood St,   Phoenix , AZ 85040-1908
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113E-9           User: slaterc              Page 2 of 2              Date Rcvd: Sep 02, 2015
                               Form ID: b9a               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Candis Ranay Tanner bankruptcy@sneedlaw.net
                                                                                        TOTAL: 3
```