**CANDIS R. TANNER**
**113 GUM TREE TRAIL**
**COVINGTON, GA 30016-1848**
**Dept: 1271300122**
**EMP# 01019098**

**Current Pay Period Totals**

Pay Period End Date: 08/31/2015
Ck No. 61508310389
Check Date: 08/31/15

| Rg Pay | 1,023.55 | Supp | .00 | OT | .00 | OT Supp | .00 | FICA /Medc WH | -74.49 |
|--------|----------|------|-----|-----|-----|---------|-----|---------------|--------|
| Federal | .00 | State | -8.27 | Health | .00 | LIFE | -6.80 | Dep Lif | .00 |
| ChildLf | -2.18 | AD & D | .00 | STD | -11.57 | LTDBTax | .00 | 401K/GS | .00 |
| 457 DC | .00 | S RETIR | -12.79 | CRE UNI | .00 | DENTAL | -38.25 | SP ACCT | .00 |
| SpendDC | .00 | TBD | .00 | HSA | .00 | Cnty Rt | .00 | CSHOSCU | .00 |
| Legal F | -8.00 | TAXLEVY | .00 | Admin | .00 | CHAP 13 | .00 | GARNISH | -229.88 |
| FulLife | .00 | FulDLif | .00 | ATLPOCU | .00 | MassMut | .00 | SEASTCU | .00 |
| InsMisc | .00 | TrvlRec | .00 | SOFEDCU | .00 | RCFEDCU | .00 | ERS ADJ | .00 |
| GAUNICU | .00 | SavBond | .00 | GHESP | .00 | TRS | .00 | GSEUDue | .00 |
| StateCU | .00 | ROBBICU | .00 | ROSCFCU | .00 | AFLAC | .00 | CHESAPE | .00 |
| GCWA | .00 | SAVPOCU | .00 | ST CHAR | .00 | COLONIA | .00 | PRRecou | .00 |
| CHILD S | .00 | LTDATax | .00 | GDCP | .00 | VISION | -7.73 | PT TRAN | .00 |
| LTC | .00 | SPC ILL | .00 | SPCPC I | .00 | GDPadj | .00 | Net | $ 623.59 |

**LEAVE AS OF 07/31/15**

| Annual Leave Balance | 5.00 |
|----------------------|------|
| Forfeited Annual Leave Balance | 0.00 |
| Personal Leave Balance | 0.00 |
| Sick Leave Balance | 13.21 |
| Forfeited Sick Leave Balance | 0.00 |

**YEAR TO DATE TOTALS**

| Gross Pay | FICA | Federal | State | Health | 401K | FLEX | Other | Net |
|-----------|------|---------|-------|--------|------|------|-------|-----|
| $ 16747.68 | -1185.93 | .00 | -132.54 | -869.12 | .00 | -422.24 | -2216.24 | $ 11921.61 |

Year to Date Taxable Gross $ 15502.40

**Tanner, Candice R**

| | |
|---|---|
| **From:** | direct.deposit@smimail.net |
| **Sent:** | Thursday, August 13, 2015 3:43 PM |
| **To:** | Tanner, Candice R |
| **Cc:** | direct.deposit@smimail.net |
| **Subject:** | PAYROLL EMAIL |



# CANDIS R. TANNER
# 113 GUM TREE TRAIL
# COVINGTON, GA 30016-1848
# Dept: 1271300122
# EMP# 01019098

## Current Pay Period Totals

Pay Period End Date: 08/15/2015
Ck No. 61508150392
Check Date: 08/14/15

| Rg Pay | 1,023.55 | Supp | .00 | OT | .00 | OT Supp | .00 | FICA /Medc WH | -70.21 |
|---|---|---|---|---|---|---|---|---|---|
| Federal | .00 | State | -5.57 | Health | -108.64 | LIFE | .00 | Dep Lif | .00 |
| ChildLf | .00 | AD & D | .00 | STD | .00 | LTDBTax | .00 | 401K/GS | .00 |
| 457 DC | .00 | S RETIR | -12.79 | CRE UNI | .00 | DENTAL | .00 | SP ACCT | .00 |
| SpendDC | .00 | TBD | .00 | HSA | .00 | Cnty Rt | .00 | CSHOSCU | .00 |
| Legal F | .00 | TAXLEVY | .00 | Admin | .00 | CHAP 13 | .00 | GARNISH | -229.88 |
| FulLife | .00 | FulDLif | .00 | ATLPOCU | .00 | MassMut | .00 | SEASTCU | .00 |
| InsMisc | .00 | TrvlRec | .00 | SOFEDCU | .00 | RCFEDCU | .00 | ERS ADJ | .00 |
| GAUNICU | .00 | SavBond | .00 | GHESP | .00 | TRS | .00 | GSEUDue | .00 |
| StateCU | .00 | ROBBICU | .00 | ROSCFCU | .00 | AFLAC | .00 | CHESAPE | .00 |
| GCWA | .00 | SAVPOCU | .00 | ST CHAR | .00 | COLONIA | .00 | PRRecou | .00 |
| CHILD S | .00 | LTDATax | .00 | GDCP | .00 | VISION | .00 | PT TRAN | .00 |
| LTC | .00 | SPC ILL | .00 | SPCPC I | .00 | GDPadj | .00 | Net | $ 596.46 |

## LEAVE AS OF 07/15/15

| | |
|---|---|
| Annual Leave Balance | 5.00 |
| Forfeited Annual Leave Balance | 0.00 |
| Personal Leave Balance | 0.00 |
| Sick Leave Balance | 13.71 |
| Forfeited Sick Leave Balance | 0.00 |

## YEAR TO DATE TOTALS

| Gross Pay | FICA | Federal | State | Health | 401K | FLEX | Other | Net |
|---|---|---|---|---|---|---|---|---|
| $ 15724.13 | -1111.44 | .00 | -124.27 | -869.12 | .00 | -369.46 | -1951.82 | $ 11298.02 |

Year to Date Taxable Gross $ 14528.75

This e-mail is an automated notification, which is unable to receive replies. Please contact your regional payroll office if you have any questions.

---

This message and any attachments may contain confidential information or trade secrets of SMI. SMI will take legal action against any person who improperly uses or discloses SMI's confidential information or trade secrets. If you have received this message in error, please notify the sender immediately and delete and destroy this message and its attachments.

**Tanner, Candice R**

| From: | direct.deposit@smimail.net |
|---|---|
| Sent: | Thursday, July 30, 2015 3:12 PM |
| To: | Tanner, Candice R |
| Cc: | direct.deposit@smimail.net |
| Subject: | PAYROLL EMAIL |



# CANDIS R. TANNER
# 113 GUM TREE TRAIL
# COVINGTON, GA 30016-1848
# Dept: 1271300122
# EMP# 01019098

## Current Pay Period Totals

Pay Period End Date: 07/31/2015
Ck No. 61507310396
Check Date: 07/31/15

| Rg Pay | 1,023.55 | Supp | .00 | OT | .00 | OT Supp | .00 | FICA /Medc WH | -74.49 |
|---|---|---|---|---|---|---|---|---|---|
| Federal | .00 | State | -8.27 | Health | .00 | LIFE | -6.80 | Dep Lif | .00 |
| ChildLf | -2.18 | AD & D | .00 | STD | -11.57 | LTDBTax | .00 | 401K/GS | .00 |
| 457 DC | .00 | S RETIR | -12.79 | CRE UNI | .00 | DENTAL | -38.25 | SP ACCT | .00 |
| SpendDC | .00 | TBD | .00 | HSA | .00 | Cnty Rt | .00 | CSHOSCU | .00 |
| Legal F | -8.00 | TAXLEVY | .00 | Admin | .00 | CHAP 13 | .00 | GARNISH | -229.88 |
| FulLife | .00 | FulDLif | .00 | ATLPOCU | .00 | MassMut | .00 | SEASTCU | .00 |
| InsMisc | .00 | TrvlRec | .00 | SOFEDCU | .00 | RCFEDCU | .00 | ERS ADJ | .00 |
| GAUNICU | .00 | SavBond | .00 | GHESP | .00 | TRS | .00 | GSEUDue | .00 |
| StateCU | .00 | ROBBICU | .00 | ROSCFCU | .00 | AFLAC | .00 | CHESAPE | .00 |
| GCWA | .00 | SAVPOCU | .00 | ST CHAR | .00 | COLONIA | .00 | PRRecou | .00 |
| CHILD S | .00 | LTDATax | .00 | GDCP | .00 | VISION | -7.73 | PT TRAN | .00 |
| LTC | .00 | SPC ILL | .00 | SPCPC I | .00 | GDPadj | .00 | Net | $ 623.59 |

## LEAVE AS OF 06/30/15

| | |
|---|---|
| Annual Leave Balance | 5.00 |
| Forfeited Annual Leave Balance | 0.00 |
| Personal Leave Balance | 0.00 |
| Sick Leave Balance | 15.12 |
| Forfeited Sick Leave Balance | 0.00 |

## YEAR TO DATE TOTALS

| Gross Pay | FICA | Federal | State | Health | 401K | FLEX | Other | Net |
|---|---|---|---|---|---|---|---|---|
| $ 14700.58 | -1041.23 | .00 | -118.70 | -760.48 | .00 | -369.46 | -1709.15 | $ 10701.56 |

Year to Date Taxable Gross $ 13610.96

This e-mail is an automated notification, which is unable to receive replies. Please contact your regional payroll office if you have any questions.

---

This message and any attachments may contain confidential information or trade secrets of SMI. SMI will take legal action against any person who improperly uses or discloses SMI's confidential information or trade secrets. If you have received this message in error, please notify the sender immediately and delete and destroy this message and its attachments.

2

**Tanner, Candice R**

| | |
|---|---|
| From: | direct.deposit@smimail.net |
| Sent: | Tuesday, July 14, 2015 3:50 PM |
| To: | Tanner, Candice R |
| Cc: | direct.deposit@smimail.net |
| Subject: | PAYROLL EMAIL |



# CANDIS R. TANNER
# 113 GUM TREE TRAIL
# COVINGTON, GA 30016-1848
# Dept: 1271300122
# EMP# 01019098

## Current Pay Period Totals

Pay Period End Date: 07/15/2015
Ck No. 61507150393
Check Date: 07/15/15

| Rg Pay | 1,023.55 | Supp | .00 | OT | .00 | OT Supp | .00 | FICA /Mede WH | -70.21 |
|---|---|---|---|---|---|---|---|---|---|
| Federal | .00 | State | -5.57 | Health | -108.64 | LIFE | .00 | Dep Lif | .00 |
| ChildLf | .00 | AD & D | .00 | STD | .00 | LTDBTax | .00 | 401K/GS | .00 |
| 457 DC | .00 | S RETIR | -12.79 | CRE UNI | .00 | DENTAL | .00 | SP ACCT | .00 |
| SpendDC | .00 | TBD | .00 | HSA | .00 | Cnty Rt | .00 | CSHOSCU | .00 |
| Legal F | .00 | TAXLEVY | .00 | Admin | .00 | CHAP 13 | .00 | GARNISH | -229.88 |
| FulLife | .00 | FulDLif | .00 | ATLPOCU | .00 | MassMut | .00 | SEASTCU | .00 |
| InsMisc | .00 | TrvlRec | .00 | SOFEDCU | .00 | RCFEDCU | .00 | ERS ADJ | .00 |
| GAUNICU | .00 | SavBond | .00 | GHESP | .00 | TRS | .00 | GSEUDue | .00 |
| StateCU | .00 | ROBBICU | .00 | ROSCFCU | .00 | AFLAC | .00 | CHESAPE | .00 |
| GCWA | .00 | SAVPOCU | .00 | ST CHAR | .00 | COLONIA | .00 | PRRecou | .00 |
| CHILD S | .00 | LTDATax | .00 | GDCP | .00 | VISION | .00 | PT TRAN | .00 |
| LTC | .00 | SPC ILL | .00 | SPCPC I | .00 | GDPadj | .00 | Net | $ 596.46 |

1

## LEAVE AS OF 06/15/15

| | |
|---|---|
| Annual Leave Balance | 5.00 |
| Forfeited Annual Leave Balance | 0.00 |
| Personal Leave Balance | 0.00 |
| Sick Leave Balance | 10.12 |
| Forfeited Sick Leave Balance | 0.00 |

## YEAR TO DATE TOTALS

| Gross Pay | FICA | Federal | State | Health | 401K | FLEX | Other | Net |
|---|---|---|---|---|---|---|---|---|
| $ 13677.03 | -966.74 | .00 | -110.43 | -760.48 | .00 | -316.68 | -1444.73 | $ 10077.97 |

Year to Date Taxable Gross $ 12637.31

This e-mail is an automated notification, which is unable to receive replies. Please contact your regional payroll office if you have any questions.

This message and any attachments may contain confidential information or trade secrets of SMI. SMI will take legal action against any person who improperly uses or discloses SMI's confidential information or trade secrets. If you have received this message in error, please notify the sender immediately and delete and destroy this message and its attachments.