**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)

    **Candis Ranay Tanner**

Case No.: **15−66722−mgd**

Chapter:  **7**

## NOTICE TO DEBTOR
## THAT COURSE ON FINANCIAL MANAGEMENT
## IS REQUIRED TO RECEIVE DISCHARGE

    Upon review of the docket in the above−styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 23 with the Clerk's office.** *See* Interim Bankruptcy Rule 1007(b) and (c) and Official Form 23 (12/13). Failure to timely file Form 23 may result in the case being closed without Debtor receiving a discharge.

    A **Chapter 7** debtor must file Form 23 within 60 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 23 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 23, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

    This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.


Dated:  November 23, 2015


**\*\* Mailing Address**
 United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 417 (Effective 12/01/2010)

United States Bankruptcy Court
Northern District of Georgia

In re:
Candis Ranay Tanner
    Debtor

Case No. 15-66722-mgd
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: wellfares        Page 1 of 1        Date Rcvd: Nov 23, 2015
                        Form ID: 417        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2015.
db         +Candis Ranay Tanner,   113 Gum Tree Trail,   Covington, GA 30016-1848
aty        +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,   Covington, GA 30015-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: notices@jasonpettie.com Nov 23 2015 21:48:11     Jason L. Pettie,   Suite 150 - One Decatur Town Center,   150 E. Ponce de Leon Avenue,   Decatur, GA 30030-2543
                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2015                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2015 at the address(es) listed below:
           Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
           Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
           Shannon D Sneed   on behalf of Debtor Candis Ranay Tanner bankruptcy@sneedlaw.net
                                                                                                                                            TOTAL: 3