Certificate Number: 15317-GAN-DE-026599686

Bankruptcy Case Number: 15-66722



15317-GAN-DE-026599686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2015</u>, at <u>11:41</u> o'clock <u>AM PST</u>, <u>Candis R Tanner</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:  <u>November 30, 2015</u>

By:    <u>/s/Janice Morla</u>

Name:  <u>Janice Morla</u>

Title:  <u>Counselor</u>