## In the United States Bankruptcy Court
## for the Northern District of Georgia
## Atlanta Division

| | |
|---|---|
| In Re: | Bankruptcy No. 15-66722-mgd |
| Candis Ranay Tanner, | Chapter 7 |
| Debtor. | Judge Diehl |
| Candis Ranay Tanner, | In Proceedings Under Chapter 7 of the Bankruptcy Code |
| Movant, | |
| VS. | |
| Kersh Loan & Finance Corporation, | |
| Respondent. | |

### NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that a Motion to Avoid a Judicial Lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on December 7, 2015.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2, the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movant. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

DATED AND SERVED: December 7, 2015.

SHANNON D. SNEED & ASSOCIATES, P.C.

By:  s/Shannon D. Sneed
SHANNON D. SNEED
Ga. Bar No. 665610
Attorney for Movant

SHANNON D. SNEED & ASSOCIATES, P.C.
Attorneys at Law
P.O. Box 1245, 2112 Lee Street
Covington, GA 30015
(770)788-0011

## In the United States Bankruptcy Court
## for the Northern District of Georgia
## Atlanta Division

| | |
|---|---|
| **In Re:** | **Bankruptcy No. 15-66722-mgd** |
| **Candis Ranay Tanner,** | **Chapter 7** |
| Debtor. | **Judge Diehl** |
| **Candis Ranay Tanner,** | **In Proceedings Under Chapter 7 of the Bankruptcy Code** |
| Movant, | |
| VS. | |
| **Kersh Loan & Finance Corporation,** | |
| Respondent. | |

## MOTION TO AVOID JUDICIAL LIEN

COMES NOW, **Candis Ranay Tanner**, the Debtor in this bankruptcy case, by and through counsel, and files this Motion to Avoid Judicial Lien pursuant to 11 U.S.C. § 522(f)(1) and shows this Court as follows:

1.

Respondent **Kersh Loan & Finance Corporation** is a Georgia Corporation and may be served through their registered agent Albert P. Kersh (See exhibit "A" attached).,

2.

Respondent **Kersh Loan & Finance Corporation** obtained a judgment against Debtor in the approximate amount of $4116.09 in the Magistrate Court of Newton County, and the amount of that judgment lien on the petition filing date was $4116.09, plus any interest that has accrued since the date of judgment. The judgment lien was dated 1-16-2013, and the fifa evidencing the judgment lien was filed for record 2-1-2013 in GED Book 164, Page 690, Newton County Superior Court.

3.

Debtor has claimed as exempt the property described on Debtor's Schedule C filed with the Clerk and described below. The amount of the exemption and the value of the Debtor's interest in the exempt property as of the petition date are stated below.

| Property | Exemption Amount | Value on Petition Date |
|---|---|---|
| 1. 2002 Ford Explorer | $3,000 | $3,000 |
| 2. Cash on hand | $50 | $50 |
| 3. HHG and furnishings | $2,825 | $2,825 |

4.

Pursuant to 11 U.S.C. § 522(f)(2), Respondent's lien impairs the exemption claimed by Debtor in the property identified above to the extent that the sum of (i) the amount of Respondent's lien, (ii) all other liens on the property described above and (iii) the amount of the exemption that Debtor could claim if there were no liens on the property exceeds the value that Debtor's interest in the property would have in the absence of any liens.

Wherefore, Debtor is entitled to the entry of an order avoiding Respondent's judicial lien against the exempt property described above to the extent of $4116.09, plus any interest that has accrued since the date of judgment, and Debtor prays that this Court grant same.

Respectfully Submitted,

SHANNON D. SNEED & ASSOCIATES, P.C.

s/Shannon D. Sneed
By:  SHANNON D. SNEED, Ga. Bar No. 665610
Attorney for Movant

SHANNON D. SNEED & ASSOCIATES, P.C.
Attorneys at Law
P.O. Box 1245
2112 Lee Street
Covington, GA 30015
(770)788-0011

# GEORGIA CORPORATIONS DIVISION

**GEORGIA SECRETARY OF STATE**
**BRIAN P. KEMP**

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **KERSH LOAN & FINANCE CORP.** | Control Number: | **J400106** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | | | |
| Principal Office Address: | **1185 WEST AVE SW, , CONYERS, GA, 30012** | Date of Formation / Registration Date: | **1/6/1984** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2014** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **ALBERT P KERSH** |
| Physical Address: | **1001 MCCOY DRIVE, Rockdale, CONYERS, GA, 30094, USA** |

Back

Filing History    Name History
Return to Business Search

## CERTIFICATE OF SERVICE

I, SHANNON D. SNEED, of Shannon D. Sneed & Associates, P.C., certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 7th day of December, 2015, I served a copy of the within and foregoing filed in this bankruptcy matter, on the following:

Jason L. Pettie
Trustee in Bankruptcy
Suite 150 – One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

Albert P. Kersh
Registered Agent for Respondent
1001 McCoy Drive
Conyers, GA 30094

by depositing a copy of same in the U.S. Mail in a properly addressed envelope with adequate postage affixed thereon.

This 7th day of December, 2015.

                                            SHANNON D. SNEED & ASSOCIATES, P.C.

                                            s/Shannon D. Sneed
                            By:  SHANNON D. SNEED, Ga. Bar No. 665610
                                  Attorney for Movant

SHANNON D. SNEED & ASSOCIATES, P.C.
Attorneys at Law
P.O. Box 1245, 2112 Lee Street
Covington, GA 30015
(770)788-0011