**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Candis Ranay Tanner** | Social Security number or ITIN   **xxx–xx–3859** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Georgia**

Case number:   **15–66722–mgd**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Candis Ranay Tanner**

12/17/15

**By the court:**

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**
>
> **This Bankrutcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 15-66722-mgd
Candis Ranay Tanner                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9              User: amm              Page 1 of 2              Date Rcvd: Dec 17, 2015
                                 Form ID: 318           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2015.
db          +Candis Ranay Tanner,   113 Gum Tree Trail,   Covington, GA 30016-1848
aty         +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,
             Covington, GA 30015-1245
19300559    +Comcast Service Center,   2385 Wesley Chapel Square Ste 100,   Decatur, GA 30035-2803
19300560    +Cornerstone Acceptance,   3741 S Nova Road,   Port Orange, FL 32129-4233
19300564    +Enhanced Recovery Corporation,   P.O. Box 57547,   Jacksonville, FL 32241-7547
19300565    +Georgia Emergency Physicians,   5126 Hospital Dr NE,   Covington , GA 30014-2566
19300566     Guaranty Bank,   1745 Flat Shoals Rd. SE,   Conyers, GA 30013
19300568    +Mary Hall,   10 Jim Alexander Road,   McDonough, GA 30253-6458
19300573    +Service Loan Company,   2166 Salem Rd Se,   Conyers , GA 30013-1824
19300574     Service Loan Company,   2166 Salem Rd,   Covington , GA 30016
19300577    +Stellar Recovery,   1327 Hwy 2 West,   Suite 100,   Kalispell, MT 59901-3413
19300578    +Title Max,   3194 Highway 278 NE,   Covington, GA 30014-2300
19300581    ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
             (address filed with court:  US Department of EDU AFSA,   P.O. Box 7202,   Utica, NY 13504-7202)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: FJLPETTIE.COM Dec 17 2015 20:53:00     Jason L. Pettie,
             Suite 150 - One Decatur Town Center,   150 E. Ponce de Leon Avenue,   Decatur, GA 30030-2543
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 17 2015 21:30:18
             Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
             Atlanta, GA 30303-3315
19300555    +EDI: ACBK.COM Dec 17 2015 20:53:00     American Credit Acceptance,   961 E Main St 2nd Floor,
             Spartanburg , SC 29302-2185
19300556     E-mail/Text: External.Collections@phoenix.edu Dec 17 2015 21:32:00     Apollo Group Inc.,
             dba University of Phoenix,   4615 E Elwood Street,   Phoenix, AZ 85040-1908
19300557    +EDI: CMIGROUP.COM Dec 17 2015 20:53:00     Charter Communications,   4200 International Pkwy,
             Carrollton , TX 75007-1912
19300558    +E-mail/Text: dstiles@cityofcovington.org Dec 17 2015 21:31:24     City of Covington,
             2194 Emory St NW,   Covington, GA 30014-2216
19300561     EDI: CMIGROUP.COM Dec 17 2015 20:53:00     Credit Management LP,   4200 International Parkway,
             Carrollton, TX 75007-1912
19300562    +E-mail/Text: amask@darnelrecovery.com Dec 17 2015 21:32:11     Darnel Quick Recovery,
             4134 Highway 278 N,   Covington, GA 30014-2494
19300563     E-mail/Text: electronicbkydocs@nelnet.net Dec 17 2015 21:30:54     Dept of Ed_Nelnet,
             121 S 13th Street,   Lincoln, NE 68508-1904
19300567    +E-mail/Text: kershloan@att.net Dec 17 2015 21:31:24     Kersh Loan And Finance,
             1185 West Ave SW,   Conyers , GA 30012-5280
19300569    +E-mail/Text: bizoffice@newtonlibrary.org Dec 17 2015 21:28:47     Newton County Library System,
             7116 Floyd St NE,   Covington, GA 30014-1572
19300570    +E-mail/Text: kw@ncwsa.us Dec 17 2015 21:30:58     Newton County Water And Sewer,
             11325 Brown Bridge Rd,   Covington , GA 30016-3368
19300571    +E-mail/Text: amask@darnelrecovery.com Dec 17 2015 21:32:11     Newton Medical Center,
             5126 Hospital Dr NE,   Covington, GA 30014-2566
19300572    +EDI: HCA2.COM Dec 17 2015 20:53:00     Rockdale Medical Center,   1412 Milstead Ave,
             Conyers , GA 30012-3899
19300576     EDI: NEXTEL.COM Dec 17 2015 20:53:00     Sprint,   P.O. Box 4191,   Carol Stream, IL 60197-4191
19300573    +E-mail/Text: wmcbkdept@waltersmgmt.com Dec 17 2015 21:32:07     Service Loan Company,
             2166 Salem Rd Se,   Conyers , GA 30013-1824
19300575    +E-mail/Text: vmoon@ssemc.com Dec 17 2015 21:28:51     Snapping Shoals EMC,
             14750 Brown Bridge Rd,   Covington , GA 30016-4113
19300579    +E-mail/Text: ebn@unique-mgmt.com Dec 17 2015 21:31:39     Unique National Collections,
             119 E Maple Street,   Jeffersonville, IN 47130-3439
19300580    +E-mail/Text: External.Collections@phoenix.edu Dec 17 2015 21:32:00     University Of Phoenix,
             4615 E Elwood St,   Phoenix , AZ 85040-1908
                                                                                  TOTAL: 19


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113E-9          User: amm              Page 2 of 2            Date Rcvd: Dec 17, 2015
                             Form ID: 318            Total Noticed: 31
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2015 at the address(es) listed below:
          Jason L. Pettie   trustee@jasonpettie.com,  GA25@ecfcbis.com;jp@trustesolutions.net
          Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
          Shannon D Sneed   on behalf of Debtor Candis Ranay Tanner bankruptcy@sneedlaw.net
                                                                          TOTAL: 3
```