**IT IS ORDERED as set forth below:**



Date: January 13, 2016

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **In re:** | Case No. 15-66722-MGD |
| **CANDIS RANAY TANNER,** | Contested Matter |
| Debtor. | Chapter 7 |
| **CANDIS RANAY TANNER,** | |
| Movant; | |
| v. | |
| **KERSH LOAN & FINANCE CORPORATION,** | |
| Respondent. | |

### ORDER

Before the Court is Debtor's Motion to Avoid Judicial Lien (the "Motion") filed on December 7, 2015 (ECF No. 12) pursuant to 11 U.S.C. § 522(f) and Federal Rule of Bankruptcy Procedure 4003(d) regarding a judicial lien held by Respondent. Respondent has not filed a response; thus, the Motion is deemed unopposed. *See* BLR 6008-2. Accordingly, it is

**ORDERED** that the judicial lien held by Respondent upon property of Debtor is **AVOIDED** to the extent that such interest impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, Respondent, counsel for Respondent, and the Chapter 7 Trustee.

### END OF DOCUMENT

1