**IT IS ORDERED as set forth below:**



Date: January 13, 2016

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | Case No. 15-66722-MGD |
| **CANDIS RANAY TANNER,** | Contested Matter |
| Debtor. | Chapter 7 |
| **CANDIS RANAY TANNER,** | |
| Movant; | |
| v. | |
| **KERSH LOAN & FINANCE CORPORATION,** | |
| Respondent. | |

**ORDER**

Before the Court is Debtor's Motion to Avoid Judicial Lien (the "Motion") filed on December 7, 2015 (ECF No. 12) pursuant to 11 U.S.C. § 522(f) and Federal Rule of Bankruptcy Procedure 4003(d) regarding a judicial lien held by Respondent. Respondent has not filed a response; thus, the Motion is deemed unopposed. *See* BLR 6008-2. Accordingly, it is

**ORDERED** that the judicial lien held by Respondent upon property of Debtor is **AVOIDED** to the extent that such interest impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, Respondent, counsel for Respondent, and the Chapter 7 Trustee.

**END OF DOCUMENT**

```
                           United States Bankruptcy Court
                            Northern District of Georgia
In re:                                                                  Case No. 15-66722-mgd
Candis Ranay Tanner                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: wellfares               Page 1 of 1              Date Rcvd: Jan 13, 2016
                              Form ID: pdf400               Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2016.
db            +Candis Ranay Tanner,    113 Gum Tree Trail,   Covington, GA 30016-1848
aty           +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,   P. O. Box 1245,
                Covington, GA 30015-1245
              +Albert P. Kersh,    Registered Agent for Respondent,   1001 McCoy Drive,
                Conuyers, GA 30094-3602
              +Shannon D. Sneed,    Shannon D. Sneed & Associates, P.C.,   P.O. Box 1245,   2112 Lee Street,
                Covington, GA 30014-6613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: notices@jasonpettie.com Jan 13 2016 21:38:24      Jason L. Pettie,
                Suite 150 - One Decatur Town Center,   150 E. Ponce de Leon Avenue,   Decatur, GA 30030-2543
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 13 2016 21:38:33
                Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
19300567      +E-mail/Text: kershloan@att.net Jan 13 2016 21:39:27      Kersh Loan And Finance,
                1185 West Ave SW,   Conyers , GA 30012-5280
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*             +Jason L. Pettie,   Suite 150 - One Decatur Town Center,   150 E. Ponce de Leon Avenue,
                Decatur, GA 30030-2543
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2016 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Candis Ranay Tanner bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3
```