# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Candis Ranay Tanner**
113 Gum Tree Trail
Covington, GA 30016

**xxx–xx–3859**

Case No.: **15–66722–mgd**
Chapter:  **7**
Judge:  **Mary Grace Diehl**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Mary Grace Diehl_
_____

Mary Grace Diehl
United States Bankruptcy Judge

Dated: March 1, 2016
Form 184