UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Candis Ranay Tanner**
113 Gum Tree Trail
Covington, GA 30016

**xxx−xx−3859**

Case No.: **15−66722−mgd**
Chapter:  **7**
Judge:  **Mary Grace Diehl**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

*Mary Grace Diehl*
_____
Mary Grace Diehl
United States Bankruptcy Judge

Dated: March 1, 2016
Form 184

```
                                United States Bankruptcy Court
                                 Northern District of Georgia
In re:                                                                                   Case No. 15-66722-mgd
Candis Ranay Tanner                                                                      Chapter 7
       Debtor
                                        CERTIFICATE OF NOTICE
District/off: 113E-9           User: rodriguez              Page 1 of 2                  Date Rcvd: Mar 01, 2016
                               Form ID: 184                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2016.
db             +Candis Ranay Tanner,    113 Gum Tree Trail,    Covington, GA 30016-1848
aty            +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                 Covington, GA 30015-1245
19300555       +American Credit Acceptance,    961 E Main St 2nd Floor,    Spartanburg , SC 29302-2185
19300557       +Charter Communications,    4200 International Pkwy,    Carrollton , TX 75007-1912
19300559       +Comcast Service Center,    2385 Wesley Chapel Square Ste 100,    Decatur, GA 30035-2803
19300560       +Cornerstone Acceptance,    3741 S Nova Road,    Port Orange, FL 32129-4233
19300561        Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
19300564       +Enhanced Recovery Corporation,    P.O. Box 57547,    Jacksonville, FL 32241-7547
19300565       +Georgia Emergency Physicians,    5126 Hospital Dr NE,    Covington , GA 30014-2566
19300566        Guaranty Bank,    1745 Flat Shoals Rd. SE,    Conyers, GA 30013
19300568       +Mary Hall,    10 Jim Alexander Road,    McDonough, GA 30253-6458
19300572       +Rockdale Medical Center,    1412 Milstead Ave,    Conyers , GA 30012-3899
19300574        Service Loan Company,    2166 Salem Rd,    Covington , GA 30016
19300577       +Stellar Recovery,    1327 Hwy 2 West,    Suite 100,    Kalispell, MT 59901-3413
19300578       +Title Max,    3194 Highway 278 NE,    Covington, GA 30014-2300
19300581       ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                (address filed with court: US Department of EDU AFSA,      P.O. Box 7202,    Utica, NY 13504-7202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: notices@jasonpettie.com Mar 01 2016 21:53:53       Jason L. Pettie,
                 Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 01 2016 21:54:01
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
19300556        E-mail/Text: External.Collections@phoenix.edu Mar 01 2016 21:55:02       Apollo Group Inc.,
                 dba University of Phoenix,    4615 E Elwood Street,    Phoenix, AZ 85040-1908
19300558       +E-mail/Text: dstiles@cityofcovington.org Mar 01 2016 21:54:37       City of Covington,
                 2194 Emory St NW,    Covington, GA 30014-2216
19300562       +E-mail/Text: amask@darnelrecovery.com Mar 01 2016 21:55:09       Darnel Quick Recovery,
                 4134 Highway 278 N,    Covington, GA 30014-2494
19300563        E-mail/Text: electronicbkydocs@nelnet.net Mar 01 2016 21:54:18       Dept of Ed_Nelnet,
                 121 S 13th Street,    Lincoln, NE 68508-1904
19300567       +E-mail/Text: kershloan@att.net Mar 01 2016 21:54:36       Kersh Loan And Finance,
                 1185 West Ave SW,    Conyers , GA 30012-5280
19300569       +E-mail/Text: bizoffice@newtonlibrary.org Mar 01 2016 21:52:51       Newton County Library System,
                 7116 Floyd St NE,    Covington, GA 30014-1572
19300570       +E-mail/Text: kw@ncwsa.us Mar 01 2016 21:54:20       Newton County Water And Sewer,
                 11325 Brown Bridge Rd,    Covington , GA 30016-3368
19300571       +E-mail/Text: amask@darnelrecovery.com Mar 01 2016 21:55:09       Newton Medical Center,
                 5126 Hospital Dr NE,    Covington, GA 30014-2566
19300576        E-mail/Text: appebnmailbox@sprint.com Mar 01 2016 21:54:10       Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197-4191
19300573       +E-mail/Text: wmcbkdept@waltersmgmt.com Mar 01 2016 21:55:07       Service Loan Company,
                 2166 Salem Rd Se,    Conyers , GA 30013-1824
19300575       +E-mail/Text: vmoon@ssemc.com Mar 01 2016 21:52:53       Snapping Shoals EMC,
                 14750 Brown Bridge Rd,    Covington , GA 30016-4113
19300579       +E-mail/Text: ebn@unique-mgmt.com Mar 01 2016 21:54:46       Unique National Collections,
                 119 E Maple Street,    Jeffersonville, IN 47130-3439
19300580       +E-mail/Text: External.Collections@phoenix.edu Mar 01 2016 21:55:02       University Of Phoenix,
                 4615 E Elwood St,    Phoenix , AZ 85040-1908
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 113E-9          User: rodriguez            Page 2 of 2              Date Rcvd: Mar 01, 2016
                              Form ID: 184               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2016 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com,  GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Candis Ranay Tanner bankruptcy@sneedlaw.net
                                                                                           TOTAL: 3
```